## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL INC., et al.,

    Plaintiffs,

v.                                                              No. CV 21-918 GBW/CG

POLYNATURA CORP.,

    Defendant.

## ORDER GRANTING MOTION TO FILE COMPLAINT UNDER SEAL

**THIS MATTER** is before the Court on Plaintiff Belgravia Hartford Gold Assets Corp.'s *Motion to File Complaint and Jury Demand Under Seal* (the "Motion"), (Doc. 2), filed September 20, 2021. That same day, Plaintiff filed an unredacted version of the complaint (the "Unredacted Complaint") on the docket, accessible only to case participants. *See* (Doc. 1).

In the Motion, Plaintiff now requests permission to file the Unredacted Complaint under seal, as it "contains confidential information, which, if revealed publicly, would cause Plaintiff to breach a confidentiality agreement with Defendant PolyNatura Corp." (Doc. 2 at 1). Plaintiff also requests permission to file a redacted version of the Complaint and Jury Demand (the "Redacted Complaint"), (Doc. 2-1), which would be made publicly available. *Id.* The Court, having considered the Motion, the Court's authority to order filings be made under seal, *see* FED. R. CIV. P. 5.2(d), and otherwise being fully advised in the premises finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unredacted Complaint, (Doc. 1), shall be sealed, and that the Unredacted Complaint shall not be disclosed to any person unless otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file the Redacted Complaint, (Doc. 2-1), on the docket without any restrictions, so that it is accessible to the public.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve their Unredacted Complaint upon Defendant with a copy of this Order.

**IT IS FINALLY ORDERED** that because this Order is being entered before Defendant has been served, Defendant shall have until the time it files an answer to file, under seal, any objection to the Court's entry of this Order. The Court may convene a hearing to resolve any such objection.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE