# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL, INC., F/K/A IC
POTASH CORP., AND BELGRAVIA HARTFORD
GOLD ASSETS CORP., F/K/A INTERCONTINENTAL
POTASH CORP.,

      Plaintiffs,

   v.                                      Civil Action No. 2:21-cv-00918-GBW-CG

POLYNATURA CORP., F/K/A INTERCONTINENTAL
POTASH CORP. (USA),

      Defendant.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Ciera A. Gonzalez of the law firm Snell & Wilmer L.L.P., hereby enters her appearance on behalf of Plaintiffs and requests that she receive copies of all electronic filings in this case.

DATED: September 24, 2021.

                                            */s/ Ciera A. Gonzalez*
                                            Byeongsook Seo
                                            Stephanie A. Kanan
                                            Ciera A. Gonzalez
                                            1200 Seventeenth Street, Suite 1900
                                            Denver, Colorado 80202
                                            Telephone:  (303) 634-2000
                                            Facsimile:   (303) 634-2020
                                            E-mail: bseo@swlaw.com
                                                          skanan@swlaw.com
                                                          cgonzalez@swlaw.com

                                      ***Attorneys for Plaintiffs Belgravia Hartford Capital, Inc., f/k/a IC Potash Corp., and Belgravia Hartford Gold Assets Corp., f/k/a Intercontinental Potash Corp.***

1

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2021, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

                      */s/ Amy Kovarsky*
                      For Snell & Wilmer L.L.P.