UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD
CAPITAL, INC., f/k/a IC POTASH
CORP. and BELGRAVIA
HARTFORD GOLD ASSETS CORP.,
f/k/a INTERCONTINENTAL
POTASH CORP.,

             Plaintiffs,

v.

POLYNATURA CORP., f/k/a
INTERCONTINENTAL POTASH
CORP. (USA),

             Defendant.

Case No. 2:21-cv-00918-GBW-CG

## NOTICE OF CERTIFICATION OF GOOD STANDING

Comes now Matthew E. Draper, a member of the Bar of this Court, pursuant to Local Rule 83.3, and hereby gives notice of his certification that the following two attorneys are members in good standing of the Bar of the State of New York:

    Peter Chaffetz
    Chaffetz Lindsey LLP
    1700 Broadway, 33rd Fl

1

New York, NY 10019
212 257 6961
Peter.Chaffetz@chaffetzlindsey.com

Marcel Engholm Cardoso
Chaffetz Lindsey LLP
1700 Broadway 33rd Fl
New York, NY 10019
646 685 4792
m.engholm@chaffetzlindsey.com

                                     Respectfully submitted,

                                     <u>/s/ Matthew E. Draper</u>
                                         Matthew E. Draper