**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BELGRAVIA HARTFORD CAPITAL INC., et al.,

    Plaintiffs,

v.                                                    No. CV 21-918 GBW/CG

POLYNATURA CORP.,

    Defendant.

**<u>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT UNDER SEAL</u>**

**THIS MATTER** is before the Court on Plaintiff Belgravia Hartford Gold Assets Corp.'s *Motion to File Amended Complaint and Jury Demand Under Seal* (the "Motion"), (Doc. 20), filed November 12, 2021. That same day, Plaintiff filed an unredacted version of the amended complaint (the "Unredacted Amended Complaint") on the docket, accessible only to case participants. *See* (Doc. 19).

In the Motion, Plaintiff requests permission to file the Unredacted Amended Complaint under seal, as it "contains confidential information, which, if revealed publicly, would cause Plaintiff to breach a confidentiality agreement with Defendant PolyNatura Corp." (Doc. 20 at 1). Plaintiff also requests permission to file a redacted version of the Complaint and Jury Demand (the "Redacted Amended Complaint"), (Doc. 20-1), which would be made publicly available. *Id.* The Court, having considered the Motion, the Court's authority to order filings be made under seal, *see* FED. R. CIV. P. 5.2(d), and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unredacted Amended Complaint, (Doc. 19), shall be sealed, and that the Unredacted Amended Complaint shall not be disclosed to any person unless otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file the Redacted Amended Complaint, (Doc. 20-1), on the docket without any restrictions, so that it is accessible to the public.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE