IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL INC., et al.,

    Plaintiffs,

v.                                                          No. CV 21-918 MIS/CG

POLYNATURA CORP.,

    Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Amend Scheduling Order* (the "Motion"), (Doc. 43), filed July 5, 2022. In the Motion, the parties request a 90-day extension of all discovery deadlines, explaining that "[w]ritten discovery (including document production) . . . has been more burdensome and time consuming than previously anticipated, which despite the parties' diligence and good faith conferrals designed to resolve discovery issues without seeking the Court's intervention, has caused unavoidable delays to all deadlines in the Scheduling Order." (Doc. 43 at 2-3). The parties further state that despite their best efforts, they are "still several weeks from completing their full production of documents." *Id.* at 3. The parties also indicate they need additional time to obtain documents from third parties, conduct depositions, and complete expert disclosures. *Id.* at 4. The Court, having reviewed the Motion, noting that it is filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling order shall be modified as follows:

1. Plaintiff shall amend the pleadings and join additional parties by no later than **August 23, 2022**;

2. Defendants shall amend the pleadings and join additional parties by no later than **September 25, 2022**;

3. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **October 17, 2022**;

4. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **November 19, 2022**;

5. Discovery shall terminate by **January 21, 2023**;

6. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **February 9, 2023**;

7. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by[1] **February 21, 2023**.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.