**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**BELGRAVIA HARTFORD CAPITAL INC. and**
**BELGRAVIA HARTFORD GOLD ASSETS CORP.,**

    **Plaintiffs,**

**v.**                                                                  **No. 21-cv-0918 MIS/SMV**

**POLYNATURA CORP,**

    **Defendant.**

### **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

    **Date and time**:        October 18, 2022, at 10:30 a.m. MDT

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **October 18, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**