IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL,　§
INC., F/K/A IC　　　　　　　　　§
POTASH CORP., AND BELGRAVIA　§
HARTFORD　　　　　　　　　　§
GOLD ASSETS CORP., F/K/A　　　§
INTERCONTINENTAL　　　　　　§
POTASH CORP.,　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　Plaintiffs,　　　　　　　　§　　Civil Action No. 2:21-cv-00918-MIS-SMV
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
POLYNATURA CORP., F/K/A　　　§
INTERCONTINENTAL　　　　　　§
POTASH CORP. (USA),　　　　　　§
Defendant.　　　　　　　　　　§

## ORDER AMENDING SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Scheduling Order (the "Motion"), (Dkt. 64), filed October 12, 2022. In the Motion, the parties request that the Court extend the current case deadlines by 90 days. The parties further state that they have "engaged in a new round of negotiations regarding discovery" and have "an agreement to pursue settlement discussions, including a potential mediation in November 2022." (Dkt. 64 at 2). The parties also indicate that the next stages of discovery are likely to involve considerable burden and expense and that the requested extension will further the parties' objective of facilitating a resolution of this matter while avoiding potentially unnecessary expense. *Id.* The Court, having reviewed the Motion, noting that it is filed jointly, finds that the Motion shall be **GRANTED.**

IT IS THEREFORE ORDERED that the Court's prior scheduling order shall be modified as follows:

1. Plaintiffs shall amend the pleadings and join additional parties by no later than **November 21, 2022**;

2. Defendants shall amend the pleadings and join additional parties by no later than **December 23, 2022**;

3. Plaintiffs to identify in writing any expert witness to be used by Plaintiffs at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **January 13, 2023**;

4. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **February 15, 2023**;

5. Discovery shall terminate by **April 21, 2023**;

6. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **May 10, 2023**;

7. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by[1] **May 22, 2023**.

   **IT IS SO ORDERED**

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.

Submitted by:

VINSON & ELKINS, L.L.P.


 /s/ Christopher V. Popov
Christopher V. Popov
Texas Bar No. 24032960
James L. Leader
Texas Bar No. 24083371
845 Texas Avenue, Suite 4700
Houston, Texas 77002
T. (713)758-2932
F. (713) 615-5912
cpopov@velaw.com
jleader@velaw.com

Ephraim Wernick
District of Columbia Bar No. 497158
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
T. (202) 639-6730
F. (202) 879-8830
ewernick@velaw.com

***Attorneys for Plaintiffs***

Electronically approved on October 12, 2022:

CHAFFETZ LINDSEY LLP


 /s/ Joshua D. Anders
Peter R. Chaffetz
Joshua D. Anders
Marcel Engholm
1700 Broadway, 33rd Floor
New York, New York 10019
Tel. (212) 257-6961
Fax (212) 257-6950
Peter.Chaffetz@chaffetzlindsey.com
JD.Anders@chaffetzlindsey.com
M.Engholm@chaffetzlindsey.com
Of Counsel:

John B. Draper
Matthew E. Draper
DRAPER & DRAPER LLC
325 Paseo de Peralta
Santa Fe, NM 87501

Telephone: (505) 570-4590
john.draper@draperllc.com
matthew.draper@draperllc.com

***Attorneys for Defendant***