IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL,
INC., F/K/A IC POTASH CORP., AND
BELGRAVIA HARTFORD GOLD ASSETS
CORP., F/K/A INTERCONTINENTAL
POTASH CORP.,
        Plaintiffs,
v.

Civil Action No. 2:21-cv-00918-MIS-KRS

POLYNATURA CORP., F/K/A
INTERCONTINENTAL POTASH CORP.
(USA),
        Defendant.

**ORDER RE: UNOPPOSED MOTION TO WITHDRAW
PURSUANT TO D.N.M.LR.-Civ. 83.8(a)**

**THIS MATTER** comes before the Court on Ephraim Wernick, Christopher V. Popov, and James L. Leader, Jr. of Vinson & Elkins, LLP's Unopposed Motion to Withdraw Pursuant to D.N.M.LR-Civ. 83.8(a). Having reviewed the Motion and being otherwise fully advised in the premises,

IT IS ORDERED that the Motion is GRANTED and Ephraim Wernick, Christopher V. Popov, and James L. Leader, Jr. of Vinson & Elkins, LLP are hereby withdrawn as counsel of record for Plaintiffs in this matter. Plaintiffs will continue to be represented by Paul Lackey, Michael Aigen, Ross Mortillaro, and Zachary Ford of Stinson, LLP.

IT IS FURTHER ORDERED that Ephraim Wernick, Christopher V. Popov, and James L. Leader, Jr. shall be removed from ECF notifications for this matter.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE