IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD GOLD ASSETS CORP.,
F/K/A INTERCONTINENTAL POTASH CORP.,

          Plaintiff,

    v.                    Civil Action No. 2:21-cv-00918-MIS-JHR

POLYNATURA CORP., F/K/A INTERCONTINENTAL
POTASH CORP. (USA),

          Defendants.

## ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF

This Matter comes before the Court on the Motion for Substitution of Counsel submitted by Plaintiff Belgravia Hartford Gold Assets Corp., f/k/a Intercontinental Potash Corp. ("Belgravia"). The Court has been advised that the client, Belgravia, consents to the Motion and this Order.

NOW, THEREFORE, IT IS ORDERED that Spencer L. Edelman, Nathan T. Nieman, and Jamie L. Allen of Modrall, Sperling, Roehl, Harris & Sisk, P.A. are hereby substituted as counsel for Defendant Belgravia and that Michael P. Aigen, Paul Lackey, and Ross Mortillaro are hereby withdrawn from representing and no longer counsel of record for Belgravia in this matter.

                              The Honorable Jerry H. Ritter
                              United States Magistrate Judge

**SUBMITTED:**

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By:   /s/ Nathan T. Nieman
Spencer L. Edelman
Nathan T. Nieman
Jamie L. Allen
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87103-2168
Telephone: 505.848.1800
sle@modrall.com
ntn@modrall.com
jallen@modrall.com

STINSION LLP
 /s/ Ross Mortillaro
Michael P. Aigen
Paul Lackey
Ross Mortillaro
Zachary Ford
220 Ross Ave. Ste. 2900
Dallas, TX 75201
214-560-2201
michael.aigen@stinson.com
paul.lackey@stinson.com
ross.mortillarro@stinson.com
zach.ford@stinson.com

**APPROVED:**

CHAFFETZ LINDSEY LLP

  *approved via email on May 5, 2023*_____
Peter R. Chaffetz
Joshua D. Anders
R. Matthew Burke
Marcel Engholm
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
p.chaffetz@chaffetzlindsey.com
j.anders@chaffetzlindsey.com
r.matthew.burke@chaffetzlindsey.com
m.engholm@chaffetzlindsey.com

      and

DRAPER & DRAPER LLC
John B. Draper
Matthew E. Draper
150 Washington Avenue, Suite 301
Santa Fe, NM 87501
Tel. (505) 570-4590
john.draper@draperllc.com
matthew.draper@draperllc.com

*Attorneys for Defendant PolyNatura Corp.*

W4709793.DOCX