IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BELGRAVIA HARTFORD CAPITAL INC., et al.,

    Plaintiffs,

v.                                                                                                                   No. CV 21-918 MIS-JHR

POLYNATURA CORP.,

    Defendant.

## AMENDED SCHEDULING ORDER

THIS MATTER is before the Court on the parties' *Joint Motion to Modify Scheduling Order* (Doc. 85), filed May 8, 2023. The Court, having reviewed the Motion, noting that it is filed jointly, finds that the Motion shall be **GRANTED**.

IT IS THEREFORE ORDERED THAT the Court's prior scheduling order shall be modified as follows:

| | | |
|---|---|---|
| 1. | Document production: | **June 1, 2023** |
| 2. | Conclusion of fact discovery: | **August 18, 2023** |
| 3. | Plaintiffs' identification of expert witnesses: | **July 7, 2023** |
| 4. | Disclosure of Plaintiffs' expert reports: | **September 2, 2023** |
| 5. | Depositions of Plaintiffs' experts: | **September 29, 2023** |
| 6. | Defendants' identification of expert witnesses: | **October 13, 2023** |
| 7. | Disclosure of Defendants' expert reports: | **February 1, 2024** |
| 8. | Conclusion of Expert discovery: | **February 29, 2024** |

9.  Motions relating to discovery:[1]                **March 19, 2024**

10. Pretrial motions, other than discovery motions:[2]        **April 1, 2024**

**IT IS SO ORDERED**

DATED: May 12, 2023

_____
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

---

[1] Including, but not limited to, motions to compel and motions for protective order, to be filed with the Court and served on opposing parties.

[2] To be filed with the Court and served on the opposing party by this date. This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

| | |
|---|---|
| **SUBMITTED:** | **APPROVED:** |

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By:   */s/ Nathan T. Nieman*
Spencer L. Edelman
Nathan T. Nieman
Jamie L. Allen
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
sle@modrall.com
ntn@modrall.com
jallen@modrall.com

*Attorneys for Plaintiff Belgravia*

CHAFFETZ LINDSEY LLP

 *Approved via email on May 11, 2023*
Peter R. Chaffetz
Joshua D. Anders
R. Matthew Burke
Marcel Engholm
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
p.chaffetz@chaffetzlindsey.com
j.anders@chaffetzlindsey.com
r.matthew.burke@chaffetzlindsey.com
m.engholm@chaffetzlindsey.com

     and

DRAPER & DRAPER LLC
John B. Draper
Matthew E. Draper
150 Washington Avenue, Suite 301
Santa Fe, NM 87501
Tel. (505) 570-4590
john.draper@draperllc.com
matthew.draper@draperllc.com

*Attorneys for Defendant PolyNatura Corp.*