## Spencer L. Edelman

| | |
|---|---|
| **From:** | Spencer L. Edelman |
| **Sent:** | Friday, October 4, 2024 11:39 AM |
| **To:** | 'R. Matthew Burke'; Jamie L. Allen |
| **Cc:** | 'Peter Chaffetz'; 'Matthew Draper'; 'Corinne Atton' |
| **Subject:** | RE: Belgravia v. PolyNatura [IMAN-ACTIVE.FID233590] |

Matt,

Thank you for your patience. While I agree that the language below is much closer to what the parties intended (despite Mr. Hon's disagreement during his deposition), I can't agree to the stipulation as a mechanism to resolve the pending Motion to Determine Ambiguity because there is parole evidence that I believe the jury should be entitled to hear regarding the switch from "best commercial efforts" to "commercially reasonable efforts". Unless you are proposing that the jury can hear that evidence (I don't think you are), I don't think the stipulation resolves that issue.

As to the language of this particular paragraph my client is open to discussions on an amendment to the Royalty Agreement that would solve this error and also bring it up to date (with a reference to the Water Easement that is now in place). The devil there will be in the details because I'm sure both of our clients will want to ensure that such an amendment doesn't prejudice any of the positions in this litigation (which is why all I can say at this point is that my client is open to discussions). If your client is interested in that, let me know and we can figure out the best way to proceed on that front.

Sincerely,



Spencer L. Edelman
spencer.edelman@modrall.com

---

**From:** Spencer L. Edelman
**Sent:** Friday, October 4, 2024 9:28 AM
**To:** 'R. Matthew Burke' <r.burke@chaffetzlindsey.com>; Jamie L. Allen <jallen@modrall.com>
**Cc:** Peter Chaffetz <p.chaffetz@chaffetzlindsey.com>; Matthew Draper <matthew.draper@draperllc.com>; Corinne Atton <corinne.atton@draperllc.com>
**Subject:** RE: Belgravia v. PolyNatura [IMAN-ACTIVE.FID233590]

Matt,

Received. Will discuss with my client and be back in touch.

Sincerely,



Spencer L. Edelman
spencer.edelman@modrall.com

---

**From:** R. Matthew Burke <r.burke@chaffetzlindsey.com>
**Sent:** Thursday, October 3, 2024 5:33 PM
**To:** Spencer L. Edelman <sle@modrall.com>; Jamie L. Allen <jallen@modrall.com>
**Cc:** Peter Chaffetz <p.chaffetz@chaffetzlindsey.com>; Matthew Draper <matthew.draper@draperllc.com>; Corinne Atton <corinne.atton@draperllc.com>
**Subject:** Belgravia v. PolyNatura [IMAN-ACTIVE.FID233590]

**EXTERNAL EMAIL:** Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.

Spencer,

We have reviewed the arguments you raise in your recent briefing concerning the typographical error transposing the words "Grantor" and "Grantee" in the final sentence of Section 5(e) of the Royalty Agreement. We think this issue would best be dealt with by stipulation between the Parties and without burdening the Court. Thus, we propose to stipulate that the provision was intended to read as follows:

> If ~~Grantee~~ Grantor has not obtained a renewal of the Water Lease at least six (6) months prior to the expiration of the same, ~~Grantee~~ Grantor agrees to confer and consult with ~~Grantor~~ Grantee regarding the renewal of the Water Lease.

Please let us know if you would agree to that stipulation.

Thanks,
Matt

**R. Matthew Burke | Associate**
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor, New York, NY 10019
+1 646 481 5925 (D) | +1 212 257 6950 (F)
r.matthew.burke@chaffetzlindsey.com | www.chaffetzlindsey.com

CONFIDENTIALITY NOTICE: The information contained in this message and any attachment is confidential and may be subject to the attorney-client privilege, or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information contained in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.