**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| BELGRAVIA HARTFORD GOLD ASSETS CORP., f/k/a INTERCONTINENTAL POTASH CORP., <br><br> Plaintiff, <br><br> v. <br><br> POLYNATURA CORP., f/k/a INTERCONTINENTAL POTASH CORP. (USA), <br><br> Defendant. | Case No. 2:21-cv-00918-MIS-JHR |

### DECLARATION OF PAUL S. HONG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) FOR MOOTNESS

I, Paul S. Hong, declare as follows:

1.      I am a Director of PolyNatura Corp. ("**PolyNatura**"). I have direct personal knowledge of the facts set forth herein and could competently testify thereto if called as a witness. I submit this Declaration in support of Defendant PolyNatura's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Mootness.

2.      Today, acting in my capacity as Director of PolyNatura, I sent via Federal Express to Belgravia Hartford Gold Assets Corp. ("**Belgravia**"), care of its counsel, Spencer Edelman, 500 4th Street Northwest, Albuquerque, New Mexico 87102, a cashier's check drawn as an official check from Citibank made out to Belgravia as payee in the amount of $9,046.05.

3.      PolyNatura made this payment to Belgravia without admitting any liability and purely in order to save the parties and the Court the cost and effort of a trial on Belgravia's claim for breach of Section 7 of the parties' Royalty Agreement. PolyNatura reserved all of its rights under the Royalty Agreement or otherwise.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 23, 2025

_____
Paul S. Hong