**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| BELGRAVIA HARTFORD GOLD ASSETS CORP., f/k/a INTERCONTINENTAL POTASH CORP., <br><br> Plaintiff, <br><br> v. <br><br> POLYNATURA CORP., f/k/a INTERCONTINENTAL POTASH CORP. (USA), <br><br> Defendant. | Case No. 2:21-cv-00918-MIS-JHR |

**DECLARATION OF R. MATTHEW BURKE**

I, R. Matthew Burke, declare as follows:

1.　　　　I am an attorney at Chaffetz Lindsey LLP, counsel for Defendant PolyNatura Corp., f/k/a Intercontinental Potash Corp. (USA) ("**PolyNatura**").  I am admitted to practice in the State of New York and have been admitted *pro hac vice* in the United States District Court for the District of New Mexico. (ECF Nos. 80, 81.)  I am a member of the Chaffetz Lindsey team representing PolyNatura in this litigation and have direct personal knowledge of the matters stated herein.  I submit this declaration in support of PolyNatura's Reply in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Mootness.

2.　　　　Attached hereto as **Exhibit 1** is a true and correct copy of a letter sent by PolyNatura to Belgravia, dated June 10, 2023, conveying an offer to settle this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:　　New York, New York
　　　　　January 12, 2026

*/s/ R. Matthew Burke*
R. Matthew Burke

1