# EXHIBIT 1

PolyNatura Corp.

# POLYNATURA

*The natural choice
in crop nutrition*
*polynatura.com*

Belgravia Hartford Capital Inc.
1410-120 Adelaide Street W
Toronto, ON M5H 1T1
Attn: Board of Directors

June 10, 2023

Gentlemen:

As you know, Belgravia Hartford Gold Assets Corp., a subsidiary of Belgravia Hartford Capital Inc., has been pursuing a lawsuit against another former subsidiary, PolyNatura, for several years.  The core of the case is the claim that the water assets of PolyNatura have value and that Belgravia has been harmed because PolyNatura has not sold those water assets.

I write because, based on the recent news that Belgravia's third counsel has resigned and that a fourth counsel has been retained, I thought the time ripe for both of us to turn a new page.

Although letters like this are normally sent "without prejudice and for settlement purposes only," I am comfortable to send this letter nakedly.

*** 

The fact is we have sought valiantly for years to sell the water.  Belgravia and PolyNatura's interests to sell the water are well aligned–both of us would receive cash upon any such sale.  We retained and paid several brokers, two of whom (Bill Turner and Cody Lee) were referred by Belgravia.  Over the years, the brokers have contacted scores of potential buyers and each has failed for various reasons (cost, water quality, engineering, financing, etc).  But not for lack of effort.

We can file all of these facts with the court to demonstrate this, but to "put my money where my mouth is," I offer the following to fully settle and release any and all claims:

*Belgravia takes <u>full</u> control of the monetization of the water assets and keeps <u>all</u> (not merely 75%) of the proceeds <u>with no limit</u> (currently, there is a $12 million cap on proceeds paid to Belgravia).  In case Belgravia's sale of the water does not meet the $12 million cap, Belgravia would retain, as a backstop, its 1% mineral royalty on the polyhalite PolyNatura produces, subject to that cap.*

*** 

This resolution would reduce wasted time and effort, allow Belgravia to announce an increase in its royalty right, and allow us to focus on developing PolyNatura's mineral resource.

**Please note:  this offer remains open and valid until 12 noon Toronto time on Monday, June 19, 2023.**

Respectfully,

Peter Yu, Chairman

cc: Messrs. Azodi and Sawiak