**IUNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

CASE NO.   **21-918 MIS**                                DATE:   **February 3, 2026**

**Time in court:   7 minutes**

TITLE:    **Belgravia Hartford Capital et al v Polynatura Corp**

COURTROOM CLERK:   **Jessica Chavez**         COURT REPORTER:    **Vanessa Alyce**

( ) Albuquerque    ( X) Las Cruces   ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered              INTERPRETER:

ATTORNEYS PRESENT FOR PLAINTIFF(S):        ATTORNEYS PRESENT FOR DEFENDANT(S):
   **Spencer Edelman**                      **Robert Matthew Burke**
                                           **Peter Chaffetz**

TYPE OF PROCEEDING:            Motion hearing

PROCEEDINGS:

8:59 a.m. Court in session

Court here on defendant's motion to dismiss.

9:00 a.m. Mr. Burke: argument on motion for dismissal. Case is moot. Punitive damages claim by plaintiff untimely. This is a contract case. Costs, prejudgment award

9:15 a.m. Mr. Edelman:   argument.   Polynatura disagree ruling on 1st motion in limine by the Court. Claim for punitive damages.   Email received 2024, did not file motion to amend.   Interpretation of inspection clause. Case it does not moot, pending attorney fees claim.

9:30 a.m. Mr. Burke reply argument.

9:34 a.m.   Mr. Edelman addresses OTSC by the Court. Request no sanctions.    Request set pretrial conference and trial on the docket. Request deadlines held in abeyance.

9:36 a.m. Mr. Burke concurs with Mr. Edelman argument OTSC and no objection hold deadlines in abeyance.

9:37 am. Court matter under advisement. Court adjourned.