**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| BELGRAVIA HARTFORD GOLD ASSETS CORP., f/k/a INTERCONTINENTAL POTASH CORP., <br><br> Plaintiff, <br><br> v. <br><br> POLYNATURA CORP., f/k/a INTERCONTINENTAL POTASH CORP. (USA), <br><br> Defendant. | Case No. 2:21-cv-00918-MIS-JHR |

**DECLARATION OF R. MATTHEW BURKE IN SUPPORT OF DEFENDANT'S**
**MOTION FOR A SECURITY BOND**

I, R. Matthew Burke, declare as follows:

1.      I am an attorney at the law firm Chaffetz Lindsey LLP, counsel for Defendant PolyNatura Corp., f/k/a Intercontinental Potash Corp. (USA) ("**PolyNatura**").  I am duly admitted to practice in the State of New York and have been admitted *pro hac vice* in the United States District Court for the District of New Mexico. (ECF Nos. 80, 81.)

2.      I submit this declaration in support of PolyNatura's Motion for a Security Bond.

3.      **Plaintiff Has No Known Assets**:  Plaintiff, a Canadian corporation, is a wholly owned subsidiary of Canadian corporation Belgravia Hartford Capital, Inc.  On information and belief, neither Plaintiff nor its parent has any assets in the State of New Mexico or the United States.  While the parent entity's public securities fillings claim $8,350,196 Canadian (~US$6,084,000)  in cryptocurrency holdings,[1] we have found no

---

[1] Belgravia Form 5A, Annual Listing Summary and 2025 Financial Statements for the Years Ended December 31, 2025 and 2024, at 18 (Apr. 30, 2026), *available at* https://webfiles.thecse.com/CSE_Form_5A_ Annual_Summary_for_year-end_2025.pdf?7EBRBezow5Nx1ixpje3jJCveQcRjQPsq.

evidence that Plaintiff itself holds any assets, even in Canada, that could be levied to satisfy a fee award.

4. **<u>Plaintiff Plans Protracted Proceedings on PolyNatura's Fees Motion</u>:** According to Plaintiff's Response to PolyNatura's Motion for Costs and Attorneys' Fees, Plaintiff intends to submit expert evidence on the "rates in this jurisdiction" (ECF No. 299 at 7). In our discussions, however, Spencer Edelman, counsel for Plaintiff, represented to me that Plaintiff intends to seek something more akin to a third phase of discovery. Twice—on teleconferences on April 22, 2026, and May 6, 2026—Mr. Edelman informed me that Plaintiff intends to request a status conference to set a schedule for expert disclosure, including expert depositions, on the reasonableness of PolyNatura's fees. PolyNatura opposes such comprehensive expert discovery as wasteful and unnecessary to the resolution of its fees motion.

5. **<u>Plaintiff's New Lawsuit</u>:** Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint Plaintiff filed on April 17, 2026 against PolyNatura; its director Peter Yu, and related entities Cartesian Capital Group, LLC; Pangaea Two Acquisition Holdings XI, LLC; and Pangaea Two Acquisition Holdings XIB, LLC. It filed that pleading in the First Judicial District Court for the State of New Mexico, County of Santa Fe.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York                     */s/ R. Matthew Burke*

          May 21, 2026                              R. Matthew Burke

2